# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 10, 2019

SEAN F. McAVOY, CLERK

DUANE WARD, an individual; and RACHELLE WARD, an individual,

*Plaintiffs*

v.

COUNTY OF BENTON, an entity, et al.,

*Defendants*

Civil Action No. 4:19-CV-5014-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Benton County and Jerri Potts' Second Motion to Dismiss Under CR 12(b)(6) and CR 12(b)(5), ECF No. 51, is GRANTED. All claims against Defendants County of Benton and the Honorable Jerri Potts are DISMISSED WITH PREJUDICE, with all parties to bear their own fees, costs, and expenses. Judgment is entered in favor of Defendants County of Benton and Honorable Jerri Potts.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Salvador Mendoza, Jr. on a Motion to Dismiss under CR 12(b)(6) and CR 12(b)(5), ECF No. 51.

Date: September 10, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Penny Lamb
*(By) Deputy Clerk*

Penny Lamb