AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

__Eastern__ District of __Washignton__

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2020

SEAN F. McAVOY, CLERK

DUANE WARD, an individual; and
RACHELLE WARD, an individual,
*Plaintiffs*

v.

COUNTY OF BENTON, an entity;
CHILD PROTECTION SERVICES, an entity; CHILD WELFARE SERVICES, an entity; CHILDREN'S ADMINISTRATION, an entity; SEATTLE CHILDREN'S HOSPITAL, an entity; CHILDREN'S PROTECTION PROGRAM, an entity; PROTECTION PROGRAM SCAN TEAM, an entity; DEPARTMENT OF CHILD, YOUTH, AND FAMILY, an entity; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, an entity; CITY OF SEATTLE, an entity; SEATTLE POLICE DEPARTMENT, an entity; CITY OF RICHLAND, an entity; ANA BROWN, an individual; ERIC CHOW, an individual; MARCO DEOCHOA, an individual; JENNIFER GOURLEY, an individual; KEVIN SHARP-SMITH, an individual; SHANNON SULLIVAN, an individual; DAMON JANSEN, an individual and official capacity; HONORABLE JERRI POTTS, individual and official capacity; KATHY LUND, an individual; LESLIE SMITH, individual and official capacity; LAUREN TRUSCOTT, individual and official capacity; REBECCA WIESTER, individual and official capacity; ROSS HUNTER, official capacity; JODY BECKER, individual capacity; JENNIFER STRUS, individual capacity; and DOES 1–100 INCLUSIVE;
*Defendants*

Civil Action No. 4:19-CV-05014-SMJ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☒ other:

The Hospital Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint of Defendants Seattle Children's Hospital, Ana Brown, Eric Chow, M.D., Kelly Faucette, M.D., and Rebecca Weister, M.D., ECF No. 52, is GRANTED. Plaintiffs' claims against Defendants Seattle Children's Hospital, Ana Brown, Eric Chow, M.D., Kelly Faucette, M.D., Rebecca Weister, M.D., the Seattle Police Department, and Leslie Smith are DISMISSED WITH PREJUDICE, with all parties to bear their own fees, costs, and expenses.

Defendants' City of Seattle, Seattle Police Department, Leslie Smith and Lauren Truscott's 12(b)(6) Motion to Dismiss, ECF No. 73, is GRANTED IN PART. Plaintiffs' claims against Lauren Truscott for conduct that occurred in 2014 are DISMISSED WITH PREJUDICE. Plaintiffs' claims against the City of Seattle, except for Plaintiffs' Tenth Claim for failure to train in relation to Lauren Truscott's alleged 2016 conduct, are DISMISSED WITH PREJUDICE.

Judgment is entered in favor of Defendants Seattle Children's Hospital, Ana Brown, Eric Chow, M.D., Kelly Faucette, M.D., Rebecca Weister, M.D., the City of Seattle, the Seattle Police Department, and Leslie Smith accordingly.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge   Salvador Mendoza, Jr.   on motions to   dismiss.

Date:   03/06/2020

CLERK OF COURT
SEAN F. McAVOY

s/ Virginia Reisenauer, Deputy Clerk
Virginia Reisenauer