FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 01, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DUANE WARD, an individual; and RACHELLE WARD, an individual,<br><br>                      Plaintiffs,<br><br>v.<br><br>CHILD PROTECTION SERVICES, an entity; CHILDREN'S ADMINISTRATION, an entity; DEPARTMENT OF CHILD, YOUTH, AND FAMILY, an entity; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, an entity; CITY OF SEATTLE, an entity; CITY OF RICHLAND, an entity; MARCO DEOCHOA, an individual; JENNIFER GOURLEY, an individual; KEVIN SHARP-SMITH, an individual; SHANNON SULLIVAN, an individual; DAMON JANSEN, an individual and official capacity; KATHY LUND, an individual; LAUREN TRUSCOTT, individual and official capacity; ROSS HUNTER, official capacity; JODY BECKER, individual capacity; JENNIFER STRUS, individual capacity; THERESA MALLEY, individual and official capacity; RICHLAND POLICE DEPARTMENT, an entity; DOES 1-100,<br><br>                      Defendants. | No.   4:19-cv-05014-SMJ<br><br>**ORDER DISMISSING CASE** |

ORDER DISMISSING CASE – 1

On September 30, 2020, the parties filed a stipulated dismissal, ECF No. 100. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED**:

1. The parties' Stipulated Voluntary Dismissal, **ECF No. 100**, is **GRANTED**.

2. All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorney fees.

3. All pending motions are **DENIED AS MOOT**.

4. All hearings and other deadlines are **STRICKEN**.

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 1st day of October 2020.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE – 2